**NORTON & ASSOCIATES, LLC**

ATTORNEYS AT LAW

551 FIFTH AVENUE

27TH FLOOR

NEW YORK, NEW YORK 10176-2701

TELEPHONE (212) 297-0100

FACSIMILE (212) 818-0494

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JAN 25 2006 ★

**BROOKLYN OFFICE**

January 19, 2006

By Hand

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is [directed is responsible] for faxing a copy to all cou[nsel and for ve]rification of such in the ca[se file and fa]x such verification to Chambers.

Re: United States v. Donovan, et al.
    Criminal Docket No. 05-442 (JG)

Dear Judge Gleeson:

I represent Wayne Wildrick who is one of the defendants in the above-captioned criminal case before your Honor. Mr. Wildrick entered a guilty plea on October 25, 2005 and the Court at that time scheduled his sentencing for next Friday, January 27, 2006 at 2:00 PM.

I am writing to respectfully request a short, approximately two-weeks adjournment of Mr. Wildrick's sentencing to allow counsel additional time to respond to the PreSentence Investigative Report which we received on January 11. There are a few items in the report which we wish to address with the Probation Office in addition to our completion of the Defendant's Sentencing Memorandum. I have spoken with AUSA Steven Breslow who is in charge of the prosecution of this matter and he has consented on behalf of the Government to the herein request.

Sentence adj'd
to 2/10/06 @ 2PM

s/John Gleeson

Respectfully submitted,

Michael E. Norton

Cc ; AUSA Steven Breslow