

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RTF:SHB
F#2003R00759

*One Pierrepont Plaza*
*Brooklyn, New York 11201*

*Mailing Address:* 147 *Pierrepont Street*
*Brooklyn, New York 11201*

**BY ECF**

February 8, 2006

The Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 2006 ★
BROOKLYN OFFICE**

Re: United States v. Wayne Wildrick
Criminal Docket No. 05-0442 (JG)

Dear Judge Gleeson:

With the consent of defense counsel, the government respectfully requests an adjournment of the defendant's sentencing from February 10, 2006 to approximately February 24, 2006, to permit the government to brief fully the issues raised in the defendant's sentencing letter dated February 6, 2006.

Very truly yours,

ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY

By: Steven H. Breslow
Assistant U.S. Attorney
(718) 254-6243

cc: Michael Norton, Esq.

Sentence adjourned to 2/24/06 @ 2PM.

s/John Gleeson